IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID G. BYLSMA, | ) | CIVIL 13-00228-LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAII PUBLIC HOUSING | ) | |
| AUTHORITY, HAKIM | ) | |
| OUANSAFI, EARL NAKAYA, | ) | |
| JOANNA RENKEN, ROCHELLE | ) | |
| AKAMINE,, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 17, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION THAT (1) PLAINTIFF'S APPLICATION TO

PROCEED WITHOUT PREPAYMENT OF FEES BE GRANTED; (2)

PLAINTIFF'S 24 CFR PART 964 AND PROFESSIONAL NEGLIGENCE

CLAIMS BE DISMISSED; AND (3) PLAINTIFF'S ADA RETALIATION

CLAIM FOR COMPENSATORY DAMAGES BE DISMISSED," docket entry

no. 9, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 13, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DAVID G. BYLSMA V. HAWAII PUBLIC HOUSING AUTHORITY, ET AL; CIVIL NO. 13-00228 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**